JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HORACE BELL, aka<br>HORACE ANDREW BELL, true name<br>HORACE THOMAS,<br><br>    Petitioner,<br>vs.<br><br>KELLY HARRINGTON, WARDEN,<br><br>    Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CV 10-3705-CJC(RC)<br><br><br><br><br><br>JUDGMENT |

    Pursuant to the Opinion and Order on a petition for habeas corpus,

    IT IS ADJUDGED that the petition for writ of habeas corpus is SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: May 20, 2010

                                         CORMAC J. CARNEY
                               UNITED STATES DISTRICT JUDGE

R&R-MDO\10-3705.jud
5/18/10